

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2014

No. 04-14-00317-CV

**IN THE INTEREST OF A.M., B.M., AND E.M.**, Children,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00328
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an appeal from a judgment terminating appellant father's parental rights. Appellant's court-appointed appellate counsel has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. *See In re RR*, No. 04-03-00096-CV, 2003 WL 21157944 (Tex. App.—San Antonio May 21, 2003, order) (holding that *Anders* procedures apply to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem. op.). Counsel has informed appellant of his right to obtain and review the record and file his own brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio July 23, 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to file a pro se brief in this court, we **ORDER** that he do so on or before **August 11, 2014**. If appellant files a timely pro se brief, appellee may file a responsive brief no later than twenty days after appellant's pro se brief is filed in this court. We further **order** the motion to withdraw filed by appellant's counsel held in abeyance pending further order of the court.

Appellant may obtain a copy of the appellate record by filing a written request using the form provided by his appointed counsel.

We further **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2014.



Keith E. Hottle
Clerk of Court